JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARNOUSH RAZAVI, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: CV 17-413-DMG (ASx) <br><br> **ORDER DISMISSING THE ACTION PURSUANT TO THE STIPULATION OF THE PARTIES [15]** |

Pursuant to the Stipulation by and between plaintiff Farnoush Razavi and defendant Metropolitan Direct Property and Casualty Insurance Company, through their respective attorneys:

**IT IS HEREBY ORDERED** that this entire action shall be, and hereby is, dismissed with prejudice. Each party shall bear his, her, or its own costs and attorneys' fees incurred in connection with this action. All scheduled dates and deadlines are VACATED.

DATED: May 24, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -